IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-02717-MSK-CBS

INSURED DEVELOPMENT EQUITY ADVISORS, LLC, and
CHRISTOPHER KONTOGIANNIS,

      Plaintiffs,

v.

ROMAN LYNIUK, individually and d/b/a ATLANTIS CAPITAL GROUP, and
ATLANTIS CAPITAL MARKETS, L.L.C.,

      Defendants.

## ORDER DISCHARGING ORDER TO SHOW CAUSE

THIS MATTER comes before the Court on the Plaintiffs' Amended Complaint **(#4)** filed in response to the Court's Order to Show Cause **(#3)**. Having considered the same,

**IT IS HEREBY ORDERED** that the Order to Show Cause is deemed satisfied and is **DISCHARGED.**

Dated this 22nd day of January, 2008

                              **BY THE COURT:**

                              Marcia S. Krieger
                              United States District Judge