# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.: 07-cv-02717-MSK-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date: July 16, 2008** | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| INSURED DEVELOPMENT EQUITY ADVISORS, LLC, *et al.*, | Michael R. Dunlevie |
| **Plaintiffs,** | |
| v. | |
| ROMAN LYNIUK, d/b/a ATLANTIS CAPITAL GROUP, *et al.*, | Craig R. May<br>Pamela B. Sellers |
| **Defendants.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: STATUS CONFERENCE**
**Court in Session:** 10:10 a.m.
Court calls case. Appearances of counsel.

**ORDERED:** The Motion for Default Judgment Against Defendant Atlantis Capital Markets, L.L.C. with Supporting Affidavit [filed June 26, 2008; doc. 16] is denied as moot.

The court discusses the default issues with counsel. Plaintiffs' counsel states that his client desires to pursue the motions for default judgment at this time.

**Court goes off the record:** 11:00 a.m.
**Court goes back on the record:** 11:23 a.m.

**ORDERED:** Motion/Evidentiary Hearing on the motions for default judgment set for August 1, 2008 at 9:00 a.m. Witness identifications shall be made by July 28, 2008.

HEARING CONCLUDED.

**Court in recess:** 11:28 a.m.
Total time in court: 00:55