## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:** 07-cv-02717-MSK-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:** July 25, 2008 | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| INSURED DEVELOPMENT EQUITY ADVISORS, LLC, *et al.*, | Michael R. Dunlevie, via telephone |
| **Plaintiffs,** | |
| v. | |
| ROMAN LYNIUK, d/b/a ATLANTIS CAPITAL GROUP, *et al.*, | Craig R. May, via telephone<br>Pamela B. Sellers, via telephone |
| **Defendants.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC MOTION HEARING**
**Court in Session:     8:08 a.m.**
Court calls case.  Appearances of counsel.  Plaintiff, Christopher Kontogiannis, is also present on the phone for the hearing.

Counsel discuss The Motion to Quash and/or Modify Subpoena and to Use Affidavit Testimony and Telephone Testimony at Hearing Upon Plaintiffs' Motions for Default Judgment [filed July 22, 2008; doc. 42] with the court.

**ORDERED:** The Motion to Quash and/or Modify Subpoena and to Use Affidavit Testimony and Telephone Testimony at Hearing Upon Plaintiffs' Motions for Default Judgment [filed July 22, 2008; doc. 42] is granted for the reasons stated on the record.

**ORDERED:** The Motion/Evidentiary Hearing on the default judgment issues is vacated and reset for September 23, 2008 at 1:30 p.m.  All parties shall be present for the hearing.

HEARING CONCLUDED.

**Court in recess:       8:42 a.m.**                                      Total time in court:     00:34