# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

**Civil Action No.: 07-cv-02717-MSK-CBS**          **FTR** - Reporter Deck - Courtroom A402
**Date: September 23, 2008**          **Courtroom Deputy:** Cathy Coomes

INSURED DEVELOPMENT EQUITY          Michael R. Dunlevie
ADVISORS, LLC, *et al.*,

    **Plaintiffs,**

    v.

ROMAN LYNIUK, d/b/a ATLANTIS CAPITAL          Craig R. May
GROUP, *et al.*,          Pamela B. Sellers

    **Defendants.**

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTION HEARING**
**Court in Session:**          1:29 p.m.

Court calls case.  Appearances of counsel.

Discussion regarding counsels' agreements on pending motions.

**ORDERED:**  Upon agreement of counsel and as stated on the record:

    1.    Plaintiffs' First Amended Motion for Default Judgment Against
        Defendant Atlantis Capital Markets, L.L.C. with Supporting Affidavit
        (Doc. #17, filed 6/26/08) is withdrawn and moot.

    2.    Defendants' Motion to Extend Time for Responsive Pleadings (Doc. #23,
        filed 6/30/08) is with drawn and moot.

    3.    Plaintiffs' Motion for Default Judgment against Defendant Roman Lyniuk
        with Supporting Affidavit (Doc. #25, filed 7/1/08) is withdrawn and moot.

    4.    Defendants' Motion to Set Aside Clerk's Entry of Default (Doc. #34, filed
        7/11/08) is GRANTED.

The Court states that the operative pleading is Plaintiffs' Amended Complaint. Defendants have filed an Answer.

**ORDERED:**  A Scheduling Conference is set for **November 12, 2008, at 10:00 a.m.** Fed.R.Civ.P 26(a)(1) disclosures shall be completed on or before **October 31, 2008.**  The parties shall submit a Proposed Scheduling Order, pursuant to District of Colorado Electronic Case Filing Procedures V.L., on or before **November 6, 2008.**

HEARING CONCLUDED.

**Court in recess:**    1:42 p.m.
Total time in court:    00:13

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.