## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 07-cv-02717-MSK-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| Date: January 9, 2009 | **Courtroom Deputy:** Cathy Coomes |

| | |
|---|---|
| INSURED DEVELOPMENT EQUITY ADVISORS, LLC, *et al.*, | Michael R. Dunlevie |
| **Plaintiffs,** | |
| v. | |
| ROMAN LYNIUK, d/b/a ATLANTIS CAPITAL GROUP, *et al.*, | Craig R. May |
| | Pamela J. Butler |
| **Defendants.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:  MOTIONS HEARING**
**Court in Session:**     2:38 p.m.
Court calls case.  Appearances of counsel.

Discussion and argument regarding Defendant Roman Lyniuk's Motion For Leave to Amend his Answer to the First Amended Complaint to Add Additional Affirmative Defenses and Counterclaims (Doc. #59, filed 11/20/08); and Motion to Intervene (Doc. #60, filed 11/20/08).

**ORDERED:**  For reasons stated on the record, the court enters the following ruling:

1. **Motion to Intervene (Doc. #60, filed 11/20/08) is GRANTED.**

2. **Defendant Roman Lyniuk's Motion For Leave to Amend his Answer to the First Amended Complaint to Add Additional Affirmative Defenses and Counterclaims (Doc. #59, filed 11/20/08) is GRANTED. Further, the oral request of the Intervenor is also GRANTED.  By January 13, 2009, the Intervenor shall file an unopposed motion to substitute attachment to Rule 59.  The attachment will be a new Amended Answer and Counterclaim that incorporates the Intervenor.**

HEARING CONCLUDED.

**Court in recess:**     3:03 p.m.
Total time in court:    00:25