IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 07-cv-02717-MSK-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: January 21, 2009 | Courtroom Deputy: Kathleen Finney |

| | |
|---|---|
| INSURED DEVELOPMENT EQUITY ADVISORS, LLC, and CHRISTOPHER KONTOGIANNIS, | Michael R. Dunlevie |
| **Plaintiffs,** | |
| v. | |
| ROMAN LYNIUK, and ATLANTIS CAPITAL MARKETS, LLC, | Pamela J. Butler |
| **Defendants.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in Session: 9:12 a.m.**
Court calls case. Appearances of counsel.

The Court raises Defendant's Unopposed Motion to Substitute the Attachment to Docket No. 59 [Docket No. 71, filed 1/13/2009].

**It is ORDERED:**    Defendant's Unopposed Motion to Substitute the Attachment to Docket No. 59 [Docket No. 71, filed 1/13/2009] is **DENIED,** with leave to refile by the end of the week.

HEARING CONCLUDED.

**Court in recess: 9:19 a.m.**
Total time in court:    00:08

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.