IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-02717-MSK-CBS

INSURED DEVELOPMENT EQUITY ADVISORS, LLC, and
CHRISTOPHER KONTOGIANNIS,

    Plaintiffs,

v.

ROMAN LYNIUK, individually and d/b/a ATLANTIS CAPITAL GROUP, and
ATLANTIS CAPITAL MARKETS, L.L.C.,

    Defendants.

---

ROMAN LYNIUK,

    Counterclaim Plaintiff,

v.

INSURED DEVELOPMENT EQUITY ADVISORS, LLC, and
CHRISTOPHER KONTOGIANNIS,

    Counterclaim Defendants.

---

ATLANTIS CAPITAL MANAGEMENT LP,

    Intervenor,

v.

INSURED DEVELOPMENT EQUITY ADVISORS, LLC, and
CHRISTOPHER KONTOGIANNIS,

    Defendants.

---

**MINUTE ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

  IT IS HEREBY ORDERED that Defendants' and Intervenor's Unopposed Motion to Substitute the Attachment to Docket filing Number 59 *(doc. # 77)* is GRANTED. Defendants' Amended Answer and Affirmative Defenses to First Amended Complaint, Defendant Roman Lyniuk's Counterclaims Against Plaintiffs and Intervenor Atlantis Capital Management LP's Complaint Against Plaintiffs *(doc no. 77-2)*, tendered to the court on January 23, 2009, is accepted for filing as of the date of this order.


**DATED:**    January 26, 2009