IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-02717-MSK-CBS

INSURED DEVELOPMENT EQUITY ADVISORS, LLC, and
CHRISTOPHER KONTOGIANNIS,

      Plaintiffs,

v.

ROMAN LYNIUK, individually and d/b/a ATLANTIS CAPITAL GROUP, and
ATLANTIS CAPITAL MARKETS, L.L.C.,

      Defendants.
_____

**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**
_____

THIS MATTER, coming before the Court on the Stipulated Motion to Dismiss **(#84)** with prejudice filed by the parties herein, and it appearing to the Court that the same should be granted,

**IT IS HEREBY ORDERED** that the Stipulated Motion to Dismiss with prejudice is **GRANTED** and this action is dismissed with prejudice.

DATED this 25th day of February, 2009.

                                          **BY THE COURT:**

                                          Marcia S. Krieger
                                          United States District Judge